# 820 CASES REPORTED WITH BRIEF SYLLABI.

UNION DISCOUNT COMPANY, INC., Respondent, v. FREDERICK H. MacROBERT, Appellant, Impleaded with Others, Defendants.— Order affirmed, w ith ten dollars costs and disbursements. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

UNION DISCOUNT COMPANY, INC., Respondent, v. FREDERICK H. MacROBERT and Others, Defendants, Impleaded with CHARLES L. FRASER, Appellant.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Dowling, P. J., Finch, Martin, O Malley and Proskauer, JJ.

UNION DISCOUNT COMPANY, INC., Respondent, v. FREDERICK H. MacROBERT and Others, Defendants, Impleaded with WILLIAM J. STEVENSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within twenty days from service of order. No opin on. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

ROSALIA CASTELLI and Another, Respondents, v. DAVIS ROSENKRANTZ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

HERMAN GROSSMAN, Respondent, v. THOMAS J. ROBERTS, JR., Doing Business, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

ARTHUR LEONARD HORNER, Appellant, v. BETTY BLYTHE, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

GEORGE I. BRANOWER, Appellant, v. HULL AVENUE Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements; plaintiff to pay the costs provided for in said order within five days from service of order. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

ROY A. ANDERSON, Respondent, v. CHARLES A. STONEHAM and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

JACOB ZLATKOWITZ, Respondent, v. ANTON BUFFA and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

MARY ZLATKOWITZ, an Infant, by JACOB ZLATKOWITZ, Her Guardian ad Litem, Respondent, v. ANTON BUFFA and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of W. R. GRACE & Co., for an Order Directing that an Arbitration Proceed between the Said W. R. GRACE & Co., Appellant, and MITSUBISHI SHOJI KAISHA, LTD., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of JOHN WILLIAM MACDONALD, the Public